

# United States Courts
# District of Montana

TYLER P. GILMAN  
CLERK OF COURT  
DISTRICT OF MONTANA

RUSSELL E. SMITH COURTHOUSE  
201 E. BROADWAY  
MISSOULA, MT 59802  
TELEPHONE: 406-542-7260

April 18, 2025

RE:     Case Nos. 9:24-po-5125-KLD and 9:24-po-5126-KLD  
           Violations: 9470377 Location Code: M2 and F5511023 Location Code: M2

Dear Mr. McNeal:

I am writing regarding the above violations. We had talked over the phone about rescheduling you to the June 5, 2025, CVB hearing date. After further discussion with my office, it has been determined that we are unable to do that for you without a written statement from you. This is because there are already judgments entered in these cases based on your prior phone calls with the U.S. Attorney's Office. If you would like to appear in front of Judge DeSoto, please provide us with a written statement no later than May 12, 2025, explaining how you would like to proceed. Otherwise, the judgments stand in both of these cases. I have included the judgment for both cases with this letter.

I apologize for all the confusion this may have caused.

Sincerely,

*Annie Puhrmann*

Annie Puhrmann  
Missoula Divisional Supervisor  
District of Montana  
406-542-7270

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**STEVEN L. MCNEAL,**<br><br>**Defendant.** | 9:24-po-5125-KLD<br>9:24-po-5126-KLD<br><br>VIOLATION(S):<br>9470377<br>Location Code: M2<br>F5511023<br>Location Code: M2<br><br>ORDER |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the arrest warrants are quashed.

FURTHER, and based upon the United States' motion to accept the defendant's full payments of the fines for violations 9470377 ($230 total) and F5511023 ($230 total), and for good cause shown, IT IS ORDERED that the full amount of the fines paid by the defendant is accepted as a full adjudication of violation .

Dated this 11th day of April, 2025.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge

1